# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2023

## NO. 03-22-00688-CV

**Hygieacare, Inc. and Peter Leibham, Appellants**

**v.**

**Angela Fielding, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying appellants' motion to dismiss with prejudice signed by the trial court on September 28, 2022. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.